# United States District Court, Northern District of Illinois

MAGISTRATE JUDGE KEYS

| Name of Assigned Judge or Magistrate Judge | JUDGE DER-YEGHIAYAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 13-GJ-263 | DATE | NOVEMBER 14, 2013 |
| CASE TITLE | U.S. v ROBERT MICHAEL AND ERROLL DAVIS | | 13CR 902 |

**DOCKET ENTRY TEXT**

UNDER SEAL

### Grand Jury Proceeding

The Grand Jury for SPECIAL SEPTEMBER 2012 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

TO ISSUE BENCH WARRANT AS TO DEFENDANT ROBERT MICHAEL.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

DO NOT SEAL ARREST WARRANT

**FILED**
NOV 14 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: NP