# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                         Case No.: 1:13–cr–00902
                                         Honorable Samuel Der–Yeghiayan

Robert Michael, et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2014:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan as to Robert Michael:Status hearing held and continued to 05/14/14 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through an including 05/14/14 is granted pursuant to 18 U.S.C. 3161(h)(7)(A)(B) without objection. Mailed notice (mw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.