UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 13 CR 902-1 |
| v. | ) | |
| | ) | Hon. Samuel Der-Yeghiayan |
| ROBERT MICHAEL | ) | |

**DEFENDANT'S MOTION FOR
DISCLOSURE OF IMPEACHING AND OTHERWISE EXCULPATORY
INFORMATION AND EVIDENCE**

Defendant, Robert Michael, through his attorney, Scott J. Frankel, respectfully moves this Court for an order for the disclosure of any and all impeaching and otherwise exculpatory information and/or evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150 (1972).

Respectfully submitted,

/s/Scott J. Frankel

Scott J. Frankel
53 W. Jackson #1615
Chicago, Illinois 60604
(312) 759-9600

**CERTIFICATE OF SERVICE**

I, Scott J. Frankel, an attorney, do hereby certify that I caused a copy of the foregoing motion to be served upon:

Megan Cunniff Church
U.S. Attorney's Office, Fifth Floor
219 South Dearborn Street
Chicago, IL 60604

pursuant to Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois, Eastern Division on September 30, 2014.

s/ Scott J.Frankel
Scott J. Frankel
53 W. Jackson Blvd. Suite 1615
Chicago, Illinois 60604
(312) 759-9600
