UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 13 CR 902-1 |
| v. | ) | |
| | ) | Hon. Samuel Der-Yeghiayan |
| ROBERT MICHAEL | ) | |

**DEFENDANT'S MOTION FOR PRODUCTION
OF PRETRIAL LIST OF WITNESSES**

Defendant, Robert Michael, through his attorney Scott J. Frankel, respectfully moves this Court for an order requiring the government to furnish to defendant's counsel the names and addresses of all witnesses that the government intends to call at trial and the names and addresses of all witnesses that the government does not intend to call at trial in order to avoid surprises and to assure defendant's rights to confrontation and cross-examination.

Respectfully submitted,


/s/Scott J. Frankel


Scott J. Frankel
53 W. Jackson #1615
Chicago, Illinois 60604
(312) 759-9600


**CERTIFICATE OF SERVICE**

I, Scott J. Frankel, an attorney, do hereby certify that I caused a copy of the foregoing motion to be served upon:

Megan Cunniff Church
U.S. Attorney's Office, Fifth Floor
219 South Dearborn Street
Chicago, IL 60604

pursuant to Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois, Eastern Division on September 29, 2014.

s/ Scott J.Frankel
Scott J. Frankel
53 W. Jackson Blvd. Suite 1615
Chicago, Illinois 60604
(312) 675-0089
